# 395

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the claim of the plaintiff was sustained.

**No. 66278.**—Walter Hatches, Inc., and W. J. Byrnes & Co. of N.Y., Inc. *v.* United States, protests 60/15649 and 60/15982 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of candlestick holders similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiffs was sustained.

**No. 66279.**—Associated Dry Goods Corp. (Lord & Taylor Div.) et al. *v.* United States, protests 60/21032, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of candlestick holders similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiffs was sustained.

**No. 66280.**—Walter Hatches, Inc., and W. J. Byrnes & Co. of N.Y., Inc. *v.* United States, protest 60/28402 (New York).

Opinion by Wilson, J.   In accordance with stipulation of counsel that the merchandise consists of candlestick holders similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiffs was sustained.

No. 66281.—Louis Greenberg & Son, Inc., et al. *v.* United States, protests 60/18375, etc. (New York).

Opinion by Wilson, J.   In accordance with stipulation of counsel that the merchandise consists of shell water flowers the same in all material respects as those the subject of Abstract 61346, except that the merchandise herein is in chief value of shell, the merchandise was held dutiable, as claimed, at the applicable rates in effect on the respective dates of importation under the pertinent trade agreements.

BEFORE THE SECOND DIVISION, DECEMBER 13, 1961

No. 66282.—Sherwin International et al. *v.* United States, protests 301703–K, etc. (Los Angeles).

Opinion by Lawrence, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 66283.—The Huffman Manufacturing Company *v.* United States, protest 60/2122 (San Francisco).